UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

KEYSTONE GLOBAL, LLC, : 21-Cv-1279 (SHS)

                Plaintiff, : ORDER

-v- :

FLYING FOX, INC., and ROBERT TEKAVEC, :

                Defendants. :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The initial conference having been held today by telephone, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

    1. Defendants' motion to dismiss the complaint [Doc. No. 14] is denied without prejudice;

    2. There will be a status teleconference on October 14, 2021, at 10:00 a.m.;

    3. The expert reports on issues for which a party bears the burden of proof are due on or before January 28, 2022;

    4. The expert reports on issues for which a party does not bear the burden of proof are due on or February 14, 2022; and

    5. Expert depositions shall take place between February 14, 2022, and March 7, 2022.

Dated: New York, New York
       May 28, 2021

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.