UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

KEYSTONE GLOBAL, LLC,  :  21-Cv-1279 (SHS)
  :
          Plaintiff,    ORDER
-v-  :

FLYING FOX, INC., and ROBERT TEKAVEC,  :

          Defendants.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A status conference having been held today by telephone, with counsel for all parties participating,

    IT IS HEREBY ORDERED that:

    1.    The last day for plaintiff to move for summary judgment on liability is November 12, 2021;

    2.    The defendants' response to the motion for summary judgment on liability is December 10, 2021; and

    3.    The plaintiff's reply to the motion is due by December 22, 2021.

Dated: New York, New York
       October 14, 2021

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.