UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYSTONE GLOBAL, LLC,

                         Plaintiff,

   -v-                                              CIVIL ACTION NO.: 21 Civ. 1279 (SHS) (SLC)

                                                    **ORDER**

FLYING FOX, INC., and ROBERT TEKAVEC,

                         Defendants.


**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement.  (ECF No. 31).

Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for

**Monday, February 14, 2022 at 10:00 am** on the Court's conference line.  The parties are directed

to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  The parties shall be

prepared to discuss their availability, and that of their clients, for a Settlement Conference, as

well as their preferred format for the Settlement Conference (in-person, by telephone, or by

videoconference hosted either by the Court on Microsoft Teams or by the parties on an

alternative platform).


Dated:        New York, New York
              January 28, 2022


                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              United States Magistrate Judge