UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KEYSTONE GLOBAL, LLC,                          :
                Plaintiff,         :         21-cv-1279 (SHS)
                                   :
   -against-                                  :
                                   :         ORDER
FLYING FOX INC. *and* ROBERT TEKAVEC,           :
                                   :
                Defendants.        :
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Yesterday, the Court granted the request of the parties for an extension of discovery deadlines in order for the parties to continue their mediation discussions with Magistrate Judge Sarah Cave. (ECF No. 38.) In light of this, plaintiff's motion for summary judgment (ECF No. 20) is hereby dismissed without prejudice and with leave to renew the motion if the parties' mediation efforts are unsuccessful.

Dated:  New York, New York
          May 12, 2022

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.