UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEYSTONE GLOBAL, LLC,

                Plaintiff,

-v-                                            CIVIL ACTION NO.: 21 Civ. 1279 (SHS) (SLC)

**ORDER**

FLYING FOX, INC., and ROBERT TEKAVEC,

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties have advised the Court that they have signed an agreement resolving this case. Accordingly, the Conference scheduled for today, September 14, 2022 at 5:00 p.m. is ADJOURNED sine die. By **Friday, September 23, 2022**, the parties shall file a stipulation of dismissal for the Honorable Sidney H. Stein's review and endorsement.

Dated:      New York, New York
              September 14, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**